**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mattie Mae Faulkner,<br>      aka Mattie Mae Washington,<br>      aka Mattie M Faulkner,<br>      aka Mattie Faulkner<br>                    Debtor | CHAPTER 13<br><br>BKY. NO. 17-10660 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                      Respectfully submitted,

                                      **/s/ Matteo S. Weiner, Esquire**
                                      Matteo S. Weiner, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322 FAX (215) 627-7734