**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    MATTIE FAULKNER, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 17-10660 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **September 12, 2017**, it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any objections to proofs of claim and any motions or adversary complaints necessary to the confirmation of the Debtor's chapter 13 plan **on or before September 19, 2017**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case.

**Date: September 12, 2017**

  _____
  **ERIC L. FRANK**
  **CHIEF U.S. BANKRUPTCY JUDGE**