United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 17-10660-elf
Mattie Mae Faulkner                                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: JEGilmore            Page 1 of 1            Date Rcvd: Sep 13, 2017
                              Form ID: pdf900            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db             +Mattie Mae Faulkner,    5432 N. Fairhill Street,    Philadelphia, PA 19120-2711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 14 2017 03:27:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2017 03:27:22      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 14 2017 03:27:32      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
      IRWIN LEE TRAUSS    on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org,
       irwin@trauss.com
      IRWIN LEE TRAUSS    on behalf of Debtor Mattie Mae Faulkner itrauss@philalegal.org,
       irwin@trauss.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | MATTIE FAULKNER, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  17-10660 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **September 12, 2017**, it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any objections to proofs of claim and any motions or adversary complaints necessary to the confirmation of the Debtor's chapter 13 plan **on or before September 19, 2017**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case.

**Date: September 12, 2017**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**