UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Mattie Mae Faulkner
      Bankruptcy No.  17-10660
      Adversary No.
      Chapter     13

Date:   September 20, 2017

To:    Irwin Lee Trauss
        718 Arch Street  Suite 300N
        Philadelphia, Pa   19106

## NOTICE OF INACCURATE FILING

Re:  Motion to Avoid Lien with City of Philadelphia Claim #11

The above pleading was filed in this office on September 20, 2017 **.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

    ()    Debtor's name does not match case number listed
    ()    Debtor's name and/or case number (is) are missing
    ()    Wrong PDF document attached
    ()    PDF document  not legible
    (**XXX**)    Notice of Motion/Objection
    ()    Electronic Signature missing
    ()    Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

        Timothy B. McGrath
        Clerk

        By:  **Jeanette Gilmore**
        Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04