## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **MATTIE MAE FAULKNER,** | : | |
| Debtor | : | Bky. No.  17-10660 ELF |

## O R D E R

**AND NOW,** it having been reported to this court that the **Motion to Avoid Judicial Lien of the City of Philadelphia has been settled by the parties,**

**AND**, Local Bankruptcy Rule 7041-2 requiring that all parties shall file any necessary Stipulation or Motion to Settle or Compromise within 30 days, or the matter may be dismissed (unless a Motion to Extend the Time for Cause Shown is filed within the 30-day period),

It is therefore **ORDERED** that any necessary Motion or Stipulation shall be filed with this court on or before **December 7 2017**, or Local Rule 7041-2 may be applied and the matter **may be dismissed without further notice or hearing.**

Date:  11/7/17

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**