United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                               Case No. 17-10660-elf
Mattie Mae Faulkner                                                                  Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Nov 07, 2017
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2017.
db             +Mattie Mae Faulkner,    5432 N. Fairhill Street,    Philadelphia, PA 19120-2711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2017 at the address(es) listed below:
           DENISE ELIZABETH CARLON    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
           IRWIN LEE TRAUSS    on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org,
            irwin@trauss.com
           IRWIN LEE TRAUSS    on behalf of Debtor Mattie Mae Faulkner itrauss@philalegal.org,
            irwin@trauss.com
           MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
           MEGAN N. HARPER    on behalf of    City of Philadelphia megan.harper@phila.gov,
            james.feighan@phila.gov
           THOMAS I. PULEO    on behalf of Defendant    M&T BANK tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
           WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                   TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MATTIE MAE FAULKNER, | : | |
| Debtor | : | Bky. No. 17-10660 ELF |

# O R D E R

AND NOW, it having been reported to this court that the **Motion to Avoid Judicial Lien of the City of Philadelphia has been settled by the parties,**

AND, Local Bankruptcy Rule 7041-2 requiring that all parties shall file any necessary Stipulation or Motion to Settle or Compromise within 30 days, or the matter may be dismissed (unless a Motion to Extend the Time for Cause Shown is filed within the 30-day period),

It is therefore **ORDERED** that any necessary Motion or Stipulation shall be filed with this court on or before **December 7 2017**, or Local Rule 7041-2 may be applied and the matter **may be dismissed without further notice or hearing.**

Date:  11/7/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**