# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Mattie Mae Faulkner : CHAPTER 13

              Debtor : BANKRUPTCY NO. 17-10660

Mattie Mae Faulkner :
            Debtor
    v. :
City of Philadelphia
Law Department - Tax Unit :
Municipal Services Building
1401 John F, Kennedy Blvd., :
5th Floor
Philadelphia, PA 19102 :

**CONSENT ORDER GRANTING MOTION PURSUANT TO 11 U.S.C.§§522(f)(1)(A) and (F)(2)TO AVOID JUDICIAL LIENS WHICH IMPAIR DEBTOR'S EXEMPTION RELATING TO CITY OF PHILADELPHIA PROOF OF CLAIM #11-1**

      AND NOW this   11th   day of   December   , 2017, upon Motion of Debtor to Avoid Judicial Liens Pursuant to 11 U.S.C. §522(f)(1)(A), the response of the City thereto and the agreement of the parties it is hereby **ORDERED** as follows:

      1. Debtor's Motion is **granted;** and

      2. The judicial lien held by the City of Philadelphia in or on 5432 N. Fairhill Street, Philadelphia, PA 19120 resulting from the judgment entered of record on June 9, 2014 in the case of *City of Philadelphia, Bureau of Administrative Adjudication v Mattie Faulkner*, CE-13-11-32-0275 in the amount of $1,500.00, is hereby **AVOIDED;** and

3. It is further **ORDERED**, that upon entry of an order of discharge, the Debtor may attach this Order to a praecipe to vacate the above referenced judgment in the appropriate court. The City, upon request of the Debtor's counsel to the City's bankruptcy counsel, will cooperate by filing the necessary document with the appropriate state court to vacate the aforementioned judgment.

4. This order shall be automatically vacated as contemplated in 11 U.S.C. §349(b)(1)(B) if Debtor's bankruptcy case is dismissed prior to the entry of an order of discharge.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**