United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-10660-elf
Mattie Mae Faulkner                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Dec 12, 2017
                              Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.
db              +Mattie Mae Faulkner,    5432 N. Fairhill Street,    Philadelphia, PA 19120-2711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Dec 13 2017 01:11:41     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2017 01:11:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2017 01:11:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE             E-mail/Text: bankruptcy@phila.gov Dec 13 2017 01:11:41     City of Philadelphia,
                 Law Department,    c/o Megan N. Harper,   1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
              IRWIN LEE TRAUSS    on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org,
               irwin@trauss.com
              IRWIN LEE TRAUSS    on behalf of Debtor Mattie Mae Faulkner itrauss@philalegal.org,
               irwin@trauss.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Defendant    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Mattie Mae Faulkner | : | CHAPTER 13 |
| Debtor | : | BANKRUPTCY NO. 17-10660 |
| Mattie Mae Faulkner | : | |
| Debtor | | |
| v. | : | |
| City of Philadelphia | | |
| Law Department - Tax Unit | : | |
| Municipal Services Building | | |
| 1401 John F, Kennedy Blvd., | : | |
| 5th Floor | | |
| Philadelphia, PA 19102 | : | |

**CONSENT ORDER GRANTING MOTION PURSUANT TO 11 U.S.C.§§522(f)(1)(A) and (F)(2)TO AVOID JUDICIAL LIENS WHICH IMPAIR DEBTOR'S EXEMPTION RELATING TO CITY OF PHILADELPHIA PROOF OF CLAIM #11-1**

AND NOW this   11th   day of   December  , 2017, upon Motion of Debtor to Avoid Judicial Liens Pursuant to 11 U.S.C. §522(f)(1)(A), the response of the City thereto and the agreement of the parties it is hereby **ORDERED** as follows:

1. Debtor's Motion is **granted**; and

2. The judicial lien held by the City of Philadelphia in or on 5432 N. Fairhill Street, Philadelphia, PA 19120 resulting from the judgment entered of record on June 9, 2014 in the case of *City of Philadelphia, Bureau of Administrative Adjudication v Mattie Faulkner*, CE-13-11-32-0275 in the amount of $1,500.00, is hereby **AVOIDED**; and

3. It is further **ORDERED**, that upon entry of an order of discharge, the Debtor may attach this Order to a praecipe to vacate the above referenced judgment in the appropriate court. The City, upon request of the Debtor's counsel to the City's bankruptcy counsel, will cooperate by filing the necessary document with the appropriate state court to vacate the aforementioned judgment.

4. This order shall be automatically vacated as contemplated in 11 U.S.C. §349(b)(1)(B) if Debtor's bankruptcy case is dismissed prior to the entry of an order of discharge.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**