# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MATTIE MAE FAULKNER, | : | |
| Debtor | : | Bky. No. 17-10660 ELF |
| | : | |
| | : | |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **May 14, 2019,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before June 25, 2019**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

**Date: May 15, 2019**

　　　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**