United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mattie Mae Faulkner  
    Debtor

Case No. 17-10660-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: May 15, 2019  
                        Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2019.  
db          +Mattie Mae Faulkner,   5432 N. Fairhill Street,   Philadelphia, PA 19120-2711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: megan.harper@phila.gov May 16 2019 02:39:57     City of Philadelphia,  
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
              Philadelphia, PA 19102-1595  
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2019 02:39:35  
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
              Harrisburg, PA 17128-0946  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 16 2019 02:39:45    U.S. Attorney Office,  
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
NONE          E-mail/Text: megan.harper@phila.gov May 16 2019 02:39:57     City of Philadelphia,  
              Law Department,   c/o Megan N. Harper,   1401 JFK Blvd. Room 580,   Philadelphia, PA 19102  
                                                                                                TOTAL: 4

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2019 at the address(es) listed below:  
        DENISE ELIZABETH CARLON   on behalf of Defendant   M&T BANK bkgroup@kmllawgroup.com  
        IRWIN LEE TRAUSS   on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org, irwin@trauss.com  
        IRWIN LEE TRAUSS   on behalf of Debtor Mattie Mae Faulkner itrauss@philalegal.org, irwin@trauss.com  
        KEVIN G. MCDONALD   on behalf of Defendant   M&T BANK bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
        MEGAN N. HARPER   on behalf of   City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov  
        REBECCA ANN SOLARZ   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
        THOMAS I. PULEO   on behalf of Defendant   M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        THOMAS I. PULEO   on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                       TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     MATTIE MAE FAULKNER, | : | |
|         Debtor | : | Bky. No. 17-10660 ELF |
| | : | |
| | : | |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **May 14, 2019,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before June 25, 2019**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date: May 15, 2019

                                           **ERIC L. FRANK**
                                           **U.S. BANKRUPTCY JUDGE**