# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10660-ELF

MATTIE MAE FAULKNER

5432 N. FAIRHILL STREET

PHILADELPHIA, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MATTIE MAE FAULKNER

5432 N. FAIRHILL STREET

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

IRWIN LEE TRAUSS
718 ARCH ST
SUITE 300 N
PHILADELPHIA, PA 19106-

Date: 8/26/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee