B2830 (Form 2830) (04/19)

# UNITED STATES BANKRUPTCY COURT

__Eastern__ District of __Pennsylvania__

In re __Mattie Faulkner__     Case No. __17-10660__
         Debtor

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

❑    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

❑    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

\* Amounts are subject to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   10/06/2021            *Mattie Faulkner*
              Date                Mattie Faulkner (Oct 6, 2021 00:05 EDT)
                                                           Debtor

# Faulkner form_2830

Final Audit Report                                                                                    2021-10-06

| | |
|---|---|
| Created: | 2021-10-06 |
| By: | Irwin Trauss (itrauss@philalegal.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqnRhgAOKoQGpsBwfN1Zii7QephVeHzW- |

## "Faulkner form_2830" History

- Document created by Irwin Trauss (itrauss@philalegal.org)
  2021-10-06 - 1:30:50 AM GMT- IP address: 100.34.161.30

- Document emailed to Mattie Faulkner (mattief157@gmail.com) for signature
  2021-10-06 - 1:31:15 AM GMT

- Email viewed by Mattie Faulkner (mattief157@gmail.com)
  2021-10-06 - 4:02:19 AM GMT- IP address: 100.14.25.146

- Document e-signed by Mattie Faulkner (mattief157@gmail.com)
  Signature Date: 2021-10-06 - 4:05:03 AM GMT - Time Source: server- IP address: 100.14.25.146

- Agreement completed.
  2021-10-06 - 4:05:03 AM GMT

Adobe Sign