United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mattie Mae Faulkner  
    Debtor

Case No. 17-10660-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Oct 15, 2021     Form ID: 138OBJ     Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mattie Mae Faulkner, 5432 N. Fairhill Street, Philadelphia, PA 19120-2711 |
| 13918812 | + | ACE CASH EXPRESS, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 13860307 | + | ARStrat, o/b/o City of Philadelphia, P.O. Box 41818, Philadelphia PA 19101-1818 |
| 13986680 | | City of Philadelphia, Law Dept - Tax Unit, JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 13860315 | + | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls SD 57104-4868 |
| 13875156 | + | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls,, South Dakota 57104-4868 |
| 13860317 | + | HSBC Bank, Bankruptcy Department, 1111b Town Center, Las Vegas NV 89144 |
| 13875158 | + | HSBC Bank, Bankruptcy Department, 1111b Town Center, Las Vegas, Nevada 89144 |
| 13875167 | + | Philadelphia Gas Works, 800 W. Montgomery Ave, Philadelphia, Pennsylvania 19122-2898 |
| 13860327 | + | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia PA 19122-2898 |
| 13860328 | + | Plains Commerce Bank, 220 Main Street, P.O. Box 7, Hoven SD 57450-0007 |
| 13875168 | + | Plains Commerce Bank, 220 Main Street, PO Box 7, Hoven, South Dakota 57450-0007 |
| 13860331 | + | Provident Bank, 3637 Sentara Way, Suite 303, Virginia Beach VA 23452-4262 |
| 13875170 | + | Provident Bank, 3637 Sentara Way, Suite 303, Virginia Beach, Virginia 23452-4262 |
| 13860333 | + | Surge, Cardholder Services, P.O. Box 8099, Newark DE 19714-8099 |
| 13875173 | + | Udren Law Offices, 111 Woodcrest Rd, Suite 200, Cherry Hill, New Jersey 08003-3620 |
| 13860334 | + | Udren Law Offices, 111 Woodcrest Rd., Suite 200, Cherry Hill NJ 08003-3620 |
| 13860324 | + | Water Revenue, Law Department, 15th Floor, One Parkway, 1515 Market Street Philadelphia PA 19102-1921 |
| 13875176 | + | Water Revenue, Law Department, 15th Floor, One Parkway, 1515 Arch Street, Philadelphia, Pennsylvania 19102-1501 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 15 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 15 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 15 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13860306 | + | Email/Text: mnapoletano@ars-llc.biz | Oct 15 2021 23:26:00 | American Credit Collections, 921 Oak Street, Scranton PA 18508-1235 |
| 13939784 | | Email/Text: megan.harper@phila.gov | Oct 15 2021 23:26:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13875151 | | Email/Text: megan.harper@phila.gov | Oct 15 2021 23:26:00 | City of Philadelphia Law Department, Attn Frank Pava, 1515 Arch Street, 15th Floor, Philadelphia, |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 15, 2021 | Form ID: 138OBJ | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | Pennsylvania 19102 |
| 13860308 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2021 23:37:55 | Capital One, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 13875149 | + | Email/Text: bankruptcy@philapark.org | Oct 15 2021 23:26:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41819, Philadelphia, Pennsylvania 19101-1819 |
| 13860310 | + | Email/Text: bankruptcy@philapark.org | Oct 15 2021 23:26:00 | City of Philadelphia, Parking Violations, P.O. Box 41818, Philadelphia PA 19101-1818 |
| 13875150 | + | Email/Text: bankruptcy@philapark.org | Oct 15 2021 23:26:00 | City of Philadelphia, Parking Violations, P.O. Box 41818, Philadelphia, Pennsylvania 19101-1818 |
| 13860309 | + | Email/Text: bankruptcy@philapark.org | Oct 15 2021 23:26:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41819, Philadelphia PA 19101-1819 |
| 13875152 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 15 2021 23:26:00 | Comenity Bank/New York & Co, P.O. Box 182789, Columbus, Ohio 43218-2789 |
| 13860311 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 15 2021 23:26:00 | Comenity Bank/New York & Co., P.O. Box 182789, Columbus OH 43218-2789 |
| 13940754 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 16 2021 09:04:11 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13860312 | + | Email/Text: tropiann@einstein.edu | Oct 15 2021 23:26:00 | Einstein Healthcare Network, 5501 Old York Road, Philadelphia PA 19141-3018 |
| 13875153 | + | Email/Text: tropiann@einstein.edu | Oct 15 2021 23:26:00 | Einstein Healthcare Network, 5501 Old York Rd, Philadelphia, Pennsylvania 19141-3018 |
| 13860313 | + | Email/Text: bknotice@ercbpo.com | Oct 15 2021 23:26:00 | Enhanced Recovery Corporation, P.O. Box 57547, Jacksonville FL 32241-7547 |
| 13875154 | + | Email/Text: bknotice@ercbpo.com | Oct 15 2021 23:26:00 | Enhanced Recovery Corporation, P.O. Box 57547, Jacksonville, Florida 32241-7547 |
| 13860314 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 15 2021 23:26:00 | Fingerhut, 6250 Ridgewood Rd., St. Cloud MN 56303-0820 |
| 13903527 | + | Email/Text: bankruptcy@sccompanies.com | Oct 15 2021 23:26:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13875157 | | Email/Text: bankruptcy@sccompanies.com | Oct 15 2021 23:26:00 | Ginny's, 1112 7th Avenue, Monroe, Wisconsin 53566-1364 |
| 13860316 | | Email/Text: bankruptcy@sccompanies.com | Oct 15 2021 23:26:00 | Ginny's, 1112 7th Avenue, Monroe WI 53566-1364 |
| 13914896 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 15 2021 23:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13860319 | + | Email/Text: jcbechtel@comcast.net | Oct 15 2021 23:26:00 | Legacy Funding Corporation, P.O. Box 331, Doylestown PA 18901-0331 |
| 13875161 | + | Email/Text: jcbechtel@comcast.net | Oct 15 2021 23:26:00 | Legacy Funding Corporation, PO Box 331, Doylestown, Pennsylvania 18901-0331 |
| 13875163 | | Email/Text: camanagement@mtb.com | Oct 15 2021 23:26:00 | M & T Bank, P.O. BOX 1288, Buffalo, New York 14240-1288 |
| 13860320 | | Email/Text: camanagement@mtb.com | Oct 15 2021 23:26:00 | M & T Bank, P.O. Box 1288, Buffalo NY 14240-1288 |
| 13889538 | | Email/Text: camanagement@mtb.com | Oct 15 2021 23:26:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13860321 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 23:26:00 | Midland Bank, 8875 Aero Drive, Suite 200, San Diego CA 92123-2255 |
| 13875164 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 23:26:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, California 92123-2255 |

Case 17-10660-elf   Doc 111   Filed 10/17/21   Entered 10/18/21 00:35:00   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 15, 2021 | Form ID: 138OBJ | Total Noticed: 63 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13860322 | + | Email/Text: bankruptcy@sccompanies.com | Oct 15 2021 23:26:00 | Montgomery Ward, 1112 7th Avenue, Monroe WI 53566-1364 |
| 13875165 | + | Email/Text: bankruptcy@sccompanies.com | Oct 15 2021 23:26:00 | Montgomery Ward, 1112 7th Avenue, Monroe, Wisconsin 53566-1364 |
| 13860323 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 15 2021 23:26:00 | PECO, 2301 Market Street, Philadelphia PA 19103-1380 |
| 13875166 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 15 2021 23:26:00 | PECO Energy, 2301 Market Street, Philadelphia, Pennsylvania 19103-1380 |
| 13860329 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2021 23:37:52 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk VA 23502 |
| 13946486 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2021 23:37:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13880328 | + | Email/Text: bankruptcy@philapark.org | Oct 15 2021 23:26:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 13895093 | | Email/Text: bnc-quantum@quantum3group.com | Oct 15 2021 23:26:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13860332 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Oct 15 2021 23:37:52 | Sprint, Corporate Headquarters, 2001 Edmund Hall, Reston VA 20191 |
| 13875171 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Oct 15 2021 23:37:58 | Sprint, Corporate Headquarters, 2001 Edmund Hall, Reston, Virginia 20191 |
| 13860336 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 15 2021 23:26:00 | Verizon, Bankruptcy Department, P.O. Box 3037, Bloomington IL 61702-3037 |
| 13875174 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 15 2021 23:26:00 | Verizon, Bankruptcy Department, P.O. Box 3037, Bloomington, Illinois 61702-3037 |
| 13875175 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 15 2021 23:26:00 | Verizon Pennsylvania Inc., P.O. Box 8585, Philadelphia, Pennsylvania 19173-0001 |
| 13860337 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 15 2021 23:26:00 | Verizon Pennsylvania Inc., P.O. Box 8585, Philadelphia PA 19173-0001 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13875160 | | Kevin W. Faulkner |
| 13875146 | *+ | ARStrat, o/b/o City of Philadelphia, PO Box 41818, Philadelphia, PA 19101-1818 |
| 13875145 | *+ | American Credit Collections, 921 Oak Street, Scranton, PA 18508-1235 |
| 13875148 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13875155 | *+ | Fingerhut, 6250 Ridgewood Rd, St. Cloud, MN 56303-0820 |
| 13875159 | *+ | Interstate Credit and Collections, 21 W. Fornance St, Norristown, PA 19401-3300 |
| 13875162 | *+ | Legacy Funding Corporation, PO Box 331, Doylestown, PA 18901-0331 |
| 13875169 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk , VA 23502 |
| 13875172 | *+ | Surge, Cardholder Services, PO Box 8099, Newark, DE 19714-8099 |
| 13875147 | ##+ | ARSTRAT, 9800 Centre Parkway, Suite 1100, Houston, Texas 77036-8263 |
| 13860318 | ##+ | Interstate Credit and Collections, 21 W. Fornance St., Norristown PA 19401-3300 |

TOTAL: 1 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Oct 15, 2021 | Form ID: 138OBJ | Total Noticed: 63

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:

**Name** — **Email Address**

DENISE ELIZABETH CARLON
on behalf of Defendant M&T BANK bkgroup@kmllawgroup.com

IRWIN LEE TRAUSS
on behalf of Debtor Mattie Mae Faulkner itrauss@philalegal.org irwin@trauss.com

IRWIN LEE TRAUSS
on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org irwin@trauss.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Defendant M&T BANK bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

MEGAN N. HARPER
on behalf of City of Philadelphia megan.harper@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

THOMAS I. PULEO
on behalf of Defendant M&T BANK tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

THOMAS I. PULEO
on behalf of Creditor M&T BANK tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mattie Mae Faulkner
   Debtor(s)

Case No: 17−10660−elf
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
       Suite 400
     Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/15/21